WILSON, by his next friend, *vs.* MANN.

APPEAL from Howard Circuit Court.

LEONARD, *for Appellant.*

DAVIS, TODD, *and* KIRTLEY, *for Appellee.*

SCOTT, J., *delivered the opinion of the Court.*

This cause is, in all respects, similar to that of Wilson, by his next friend, *vs.* Cockrill, decided at this term, and the judgment of the Circuit Court is, consequently, affirmed.